UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDRICK WILSON                                           CIVIL ACTION

VERSUS                                                    NO. 09-0336

EAST BATON ROUGE PARISH PRISON, ET AL.                    SECTION "S"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Fredrick Wilson is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this    6th    day of         March         , 2009.

MARY ANN VIAL LEOOM
**UNITED STATES DISTRICT JUDGE**